# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael E. Lackey, Jr.__ as counsel in this
(Attorney's Name)

case for: __Medtronic, Inc.__
(Name of party or parties)

June 30, 2008
Date

_/s/ Michael E. Lackey Jr./BC_
Signature

Michael E. Lackey, Jr.
Print Name

D.C. Bar and D.D.C. Bar No. 443362
BAR IDENTIFICATION

Mayer Brown LLP, 1909 K Street, NW
Address

Washington, DC  20006
City          State          Zip Code

(202) 263-3000
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                |   |              |
|----------------|---|--------------|
| Plaintiff(s)   | ) | **APPEARANCE** |
|                | ) |              |
| vs.            | ) | CASE NUMBER  |
|                | ) |              |
| Defendant(s)   | ) |              |

To the Clerk of this court and all parties of record:

Please enter the appearance of __David M. Gossett__ as counsel in this
                                (Attorney's Name)

case for: __Medtronic, Inc.__
         (Name of party or parties)


June 30, 2008                           _[signature] David M. Gossett_
_____                      _____
Date                                    Signature

                                        David M. Gossett
                                        Print Name

D.C. Bar and D.D.C. Bar No. 468390      Mayer Brown LLP, 1909 K Street, NW
BAR IDENTIFICATION                      Address

                                        Washington, DC  20006
                                        City        State        Zip Code

                                        (202) 263-3000
                                        Phone Number