IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT L. BRADLEY, JR.,<br>510 Fifth Street N.E.<br>Pawnee, OK 74058 | )<br>)<br>)<br>) | Civil Action No. _____ |
| and | )<br>) | |
| AUDREY HOGAN,<br>9550 Fremont Avenue<br>Apartment D-7<br>Montclair, CA 91763 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| LLOYD HURD,<br>6419 Wimbledon Villas<br>Spring, TX 77379 | )<br>)<br>)<br>) | |
| and | )<br>) | |
| CHELSEY D. MCIVOR,<br>404 West Montcastle Drive<br>Greensboro, NC 27406 | )<br>)<br>)<br>) | |
| and | )<br>) | |
| SHERRY LYNN MEADOWS,<br>Post Office Box 669<br>Mendenhall, MS 39114 | )<br>)<br>)<br>) | |
| and | )<br>) | |
| JAMES D. PIRO,<br>8529 Manor Avenue<br>Apartment B<br>Munster, IN 46321 | )<br>)<br>)<br>)<br>) | |
| and | )<br>) | |
| ALBERT E. SHULTZ,<br>1771 S.E. Tenth Street<br>Ft. Lauderdale, FL 33316 | )<br>)<br>)<br>) | |
| Plaintiffs, | ) | |

|  |  |
|---|---|
| v. | ) |
|  | ) |
|  | ) |
| MEDTRONIC, INC., | ) |
| 710 Medtronic Parkway, | ) |
| Minneapolis, MN, 55432, | ) |
|  | ) |
|  | ) |
| Defendant. | ) |

## DEFENDANT MEDTRONIC, INC.'S DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Medtronic, Inc. hereby demands a jury trial on all issues in the above-entitled matter.

DATED: June 30, 2008                     Respectfully submitted,


                                         MEDTRONIC, INC.

                                         By: _____
                                                  One of its Attorneys

                                         Michael E. Lackey, Jr.
                                         David M. Gossett
                                         Mayer Brown LLP
                                         1909 K Street, Northwest
                                         Washington, D.C. 20006-1101
                                         mlackey@mayerbrown.com
                                         dgossett@mayerbrown.com
                                         (202) 263-3000 (t)
                                         (202) 263-3300 (f)

                                         *Attorneys for Defendant*
                                         *Medtronic, Inc.*

## CERTIFICATE OF SERVICE

I, David M. Gossett, an attorney, certify that I caused a copy of the attached Defendant, Medtronic, Inc.'s Demand for Jury Trial to be served by sending the same by U.S. mail, postage prepaid, on June 30, 2008, addressed to the following:

>Aaron M. Levine
>Brandon J. Levine
>Renee L. Robinson-Meyer
>Steven J. Lewis
>Benjamin J. Cooper
>1320 19th Street, N.W., Suite 500
>Washington, D.C. 20036
>Fax: (202) 833-8046

_____
David M. Gossett