**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBERT L. BRADLEY, JR., et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | **Civil Action No.: 08-cv-01135 (RBW)** |
| | ] | **Next Event:** |
| **MEDTRONIC, INC.,** | ] | |
| | ] | |
| **Defendant.** | ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ROBERT L. BRADLEY, JR., AUDREY HOGAN, LLOYD HURD, CHELSEY D. MCIVOR, SHERRY LYNN MEADOWS, JAMES D. PIRO, and ALBERT E. SHULTZ, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Aaron M. Levine
AARON M. LEVINE, #7864
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
E-Mail: aaronlevinelaw@aol.com