IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT L. BRADLEY, JR., et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 08-cv-01135 (RBW) |
| ] | Next Event: |
| **MEDTRONIC, INC.,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, ROBERT L. BRADLEY, JR., AUDREY HOGAN, LLOYD HURD, CHELSEY D. MCIVOR, SHERRY LYNN MEADOWS, JAMES D. PIRO, and ALBERT E. SHULTZ, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046
E-mail: slewis@aaronlevinelaw.com