**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
ROBERT L. BRADLEY, JR., et al.,    )
                                            )
        Plaintiffs,           )
                                            )
    v.                               )    Civil Action No. 08-1135 (RBW)
                                            )
MEDTRONIC, INC.,                )
                                            )
        Defendant.          )
_____)

**ORDER**

      Robert L. Bradley, Jr., Audrey Hogan, Lloyd Hurd, Chelsey D. McIvor, Sherry L. Meadows, James D. Piro, and Albert E. Shultz, the plaintiffs in this civil lawsuit, filed a thirty-five count complaint in the Superior Court of the District of Columbia seeking $2,000,000 in compensatory damages and $2,000,000 in punitive damages each, Complaint at 29-30, against Medtronic, Inc., for various alleged acts of wrongdoing by the defendant in connection with the creation and distribution of "implantable cardioverter defibrillators ('ICDS') and/or ICD leads throughout the United States," id. ¶ 2.[1]  On June 30, 2008, the defendant filed a notice of removal of the plaintiffs' case to this Court pursuant to 28 U.S.C. § 1446.  Since that time, neither party has taken any action in this case, and to date the defendant has filed neither an answer nor a responsive motion to the plaintiffs' complaint.

      While the Court recognizes that the plaintiffs may have needed some time to adjust to the removal of their case to this Court, its overriding concern is the need to bring this matter to some form of resolution as promptly and as efficiently as possible.  It will not allow the case to

---

[1] The plaintiffs' complaint is attached as Exhibit A to the defendant's notice of removal as required by 28 U.S.C. § 1446(a).

stagnate.  The Court will therefore direct the parties to file a joint status report within seven days of the entry of this order so that it has a better understanding as to the state of affairs between the parties and the manner in which the case is likely to proceed.

      It is therefore

      **ORDERED** that the parties shall file a joint status report updating the Court as to the status of this case on or before August 12, 2008.

      **SO ORDERED** this 5th day of August, 2008.

      REGGIE B. WALTON
      United States District Judge