

ecf-notice@mnd.uscourts.gov
08/28/2008 03:01 PM

To  InterdistrictTransfer_DCD@dcd.uscourts.gov
cc
bcc
Subject  Transferred case has been opened

CASE: 1:08-cv-01135

DETAILS: Case transferred from District of Columbia has been opened in District of Minnesota as case 0:08-cv-04878, filed 08/19/2008.